IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY STURDEVANT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| BAC HOME LOANS SERVICEING, LP, | ) | |
| | ) | Case No. 12-3263-CV-S-ODS |
| Defendant. | ) | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X___ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** granting Defendant's Motion for Summary Judgment.

ANN THOMPSON,
Clerk of Court

DATE: 10/12/2012          /s/ Eva Will-Fees
Eva Will-Fees, Courtroom Deputy